UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTIN GRANT, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6465** |
| **MARLIN GUSMAN, ET AL.** | **SECTION D (3)** |

### ORDER

The Court, having considered the Motion for Costs and Attorney's Fees,[1] the Opposition,[2] the Reply,[3] the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge,[4] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court notes that no party filed objections to the Magistrate Judge's Report and Recommendation. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 1988 is **GRANTED IN PART** to the extent that Plaintiffs be awarded $52,137.00 in fees and $1,268.26 in costs.

New Orleans, Louisiana, September 30, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 76.
[2] R. Doc. 82.
[3] R. Doc. 88.
[4] R. Doc. 90.